UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| Maurice Alvester Harvey, ) | Case No: 25-10839 |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

      THIS IS TO CERTIFY that on the date indicated below, the undersigned served a copy of the CHAPTER 13 PLAN [Doc. No.: 12] to the parties as shown below via electronic transmission as may be applicable or by depositing the same in a post-paid wrapper, addressed accordingly, in an official depository of the United States Postal Service, in the manner prescribed by law:

John Paul Hughes Cournoyer
U.S. Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401
VIA CM/ECF

Anita Jo Kinlaw Troxler
Greensboro Chapter 13 Office
P.O. Box 1720
Greensboro, NC 27402-1720
VIA CM/ECF

Santander Consumer USA Inc
Attn: Officer/Managing Agent
1601 Elm Street Suite 800
Dallas, TX 75201-7260

Maurice Alvester Harvey
5640 West Market St., Apt. H
Greensboro, NC 27409

See attached mailing matrix.

    Under penalty of perjury, I declare that the foregoing is true and correct.

    This the 15th day of December, 2025.

                                    /s/ Samantha K. Brumbaugh
                                    Samantha K. Brumbaugh
                                    Attorney for Debtor
                                    N.C.S.B. #32379
                                    Ivey, McClellan, Siegmund, Brumbaugh
                                    & McDonough, LLP
                                    305 Blandwood Ave.
                                    Greensboro, NC 27402
                                    skb@iveymcclellan.com
                                    Telephone: (336) 274-4658

Case 25-10839
Middle District of North Carolina
Greensboro

AT&T Enterprise
by AIS InfoSource LP as agent
4515 N Santa Fe Ave.
Oklahoma City, OK 73118-7901

Acima Credit
9815 S. Monroe Street
Sandy, UT 84070-4297

Angie's List
130 W. Washington St.
Indianapolis, IN 46204

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Chrysler Capital
P.O. Box 961278
Fort Worth, TX 76161-0278

Dept of ED/Advantage
1891 Metro Center Dr
Reston, VA 20190-5287

Dept of Ed/Aidvantage
P.O. Box 300001
Greenville, TX 75403-3001

Employment Security Commission
P.O. Box 26504
Raleigh, NC 27611-6504

First Premier Bank
3820 N. Louise Ave
Sioux Falls, SD 57107-0145

(p)GUILFORD COUNTY TAX DEPARTMENT
ATTN ELLIOTT THOMPSON
PO BOX 3138
GREENSBORO NC 27402-3138

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Katapult Group
P.O. Box 20019
New York, NY 10001-0001

LVNV Funding, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

ML Enterprise, Inc.
1245 W 17th St Fl 4, Fl4
New York, NY 10011-5373

Merrick Bank
P.O. Box 9201
Old Bethpage, NY 11804-9001

Midland Credit Management, Inc.
320 E Big Beaver, Ste. 300
Troy, MI 48083-1271

MoneyLion Inc.
PO Box 1547
Sandy, UT 84091-1547

NC Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27640-0001

Progressive Leasing
P.O. Box 413110
Salt Lake City, UT 84141

Quantum3 Group, LLC
as agent for katapult Group, Inc.
PO Box 788
Kirkland, WA 98083-0788

Regional Finance
3193 Peters Creek Pkwy Ste. D
Winston Salem, NC 27127-4710

Rental WOrks
801 Wendover Ave. E
Greensboro, NC 27405-6772

Santander Consumer USA
P.O. Box 961245
Fort Worth, TX 76161-0244

(p)SPRING OAKS CAPITAL  LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

TD Bank
P.O. Box 1448
Greenville, SC 29602-1448

TD Bank USA/Target Credit
PO Box 673
Minneapolis, MN 55440-0673

```
THD/CBNA                        Verizon Wireles/Southeast        WS Badcock Corporation
P.O. Box 6497                   3 Verizon Place                  200 N Phosphate Blvd.
Sioux Falls, SD 57117-6497      Alpharetta, GA 30004-8510        Mulberry, FL 33860-2328


WS Badcock Corporation
P.O. Box 724
Mulberry, FL 33860-0724
```